# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **2:18-cv-05409 AFM**      Date: **January 3, 2019**

Title    **Marlon Coburn v. Nancy A. Berryhill**

---

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE**

    Pursuant to the Order re Procedures in Social Security Appeal ("Order"), Plaintiff's Memorandum in Support of Complaint was due 35 days after the filing of the Answer to Complaint. The Answer to Complaint was filed on November 14, 2018. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's Order.

    Accordingly, IT IS ORDERED that within 14 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 14 days shall discharge the order to show cause and all other deadlines required by the Order will be extended accordingly.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |